IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,     *

          Plaintiff,     *

v.                                 Cr. No.:18-10126 -STA

                         *

DERRICK MORGAN STARNES,

          Defendant.     *

                         *

---

## ORDER AND NOTICE OF SETTING

---

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there

being no objection filed by the Assistant United States Attorney, and for good cause shown, that

this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **August 5, 2019 at 9:00a.m.**


IT IS SO ORDERED, this the 16th day of JULY, 2019

                                 s/S. Thomas Anderson
                                 HONORABLE S. THOMAS ANDERSON
                                 U.S. DISTRICT COURT JUDGE